**United States District Court**
CENTRAL DISTRICT OF ILLINOIS

Demiyus Koger,

Plaintiff

vs.

Illinois Department of Corrections and Health Care Unit (only One person Name but it was four people and Nurse. Sgt Nielson 4751

Defendant(s)

1:20-cv-00890
Judge Charles P. Kocoras
Magistrate Judge Young B. Kim

(The case number will be assigned by the clerk)

**RECEIVED**
FEB -5 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
3/23/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**3:20-CV-50065**

PJ

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

**COMPLAINT***

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

**I. FEDERAL JURISDICTION**

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

- Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Demiyus Koger

Prison Identification Number: R-14632

Current address: 7834 S. Phillips Apt 1 Chicago IL 60649

For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.

B. Defendants

Defendant #1:

Full Name: Sgt Nielson 4741

Current Job Title: Office

Current Work Address: 2600 N Brinton Avenue Dixon IL 61021 Dixon C.C

Defendant #2:

Full Name: Dont no they names

Current Job Title: ___

Current Work Address: ___

Defendant #3:

Full Name: Dont no they names

Current Job Title: ___

2

Current Work Address _____

Defendant #4:

Full Name: __Dont they name__

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address __N A__

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number **I Really dont remeber**

2. Basic claim made **Eye Doctor**

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) **No**

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Dixon Correction Center**

4

Date(s) of the occurrence ___Oct 3, 2019___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I was in Dixon Correction Center and it was Oct 3, 2019 and it was about 8:30pm or 8:40pm when I was Sexual Assaulted by office's that work for Illinois Department of Corrections and I was Assaulted by them, it was Sgt Nielson and three other office they start by bending me over and three other office's they start taking me to the cell-13 and through me on the steel bed and they started Ripping my clothes off of me and then they started jumping on me and hitting me and then it went from them dragging me on the floor while they still had hand cuff still on me and all of this happen while I was in Dixon CC And that Same night which was 11:00pm I went to Health Care Unit they look at what happen to me and took down what I said and gave me a Ice Bag and nothing else and they sent me back and I got up the next dry which was Oct 4, 2019 to talk to Internal Affairs and they took picture of me and I told them what happen to me and I seen a mental Health lady and they took down every thing I said and they still

5

Wanted me to see Health Care Unit again because I really need to see them because I was still hurting because all the injury I had on me and they still did do Anything no medical treatment or nothing they just gave me too pills and sent me Back. And now I'm am suffering head Injury for what happen to me and I'm Suffering physical and mental

6

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like Justice for what happen to me and Three million dollars for the Damages because this should have not happen to me and no one else.

Thank you

JURY DEMAND      Yes ☐      No ☒

Signed this __20__ day of __31_____, 20_20_.

_Demigus R_____
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Demigus Roger | R14632 |
| Address: 7834 S. Phillips Apt 1 Chicago IL 60649 | Telephone Number: 312-687-5965 |

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Housing Unit: SEG  Bed #: 16
193371

Date: 10-25-19
Offender: (Please Print) Demirus Koger
ID#: R-14632
Present Facility: Illinois River
Facility where grievance issue occurred: Dixon CC

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Other (specify): _____

☒ Disciplinary Report: 10 / 3 / 19    Dixon CC
   Date of Report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Illinois Department of Corrections and the Health Care Unit Start as the day it happen was Oct 3, 2019 it was about 8:30 pm or 8:40 pm something when I was on my way to Segregation for Orange Juice and when I got out the Van the Sgt Nielson 479 grab me very hard and I told him he dont have to grab me like that so at the time I was at the Segregation door and the other office got out the Van and started grab me to while I was hand cuff and we was walking in I said to the both of them you dont have to

Relief Requested: I want Justice and I want to have Medical Treatment the right way.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance.

Offender's Signature: Demyr K__
ID#: R-14632
Date: 10/25/19

(Continue on reverse side if necessary)
Received Grievance Officer

**Counselor's Response** (if applicable)

NOV 05 2019

Date Received: __/__/__
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This incident is being investigated by a external investigations unit.

Housing Unit: _____ Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

grab me like that so I told them again stop grab me like that because they was hurting me and that when the other two office that work in Segregation start grabing me too and bending me down hard taking me too the cell which was N3 and through me on the steel bed real hard and one of the office's had his keen in my back close to my neck while they was Repping my clothes off of me and I could not believe I was getting sexual Assaulted by office's and I could not do Anything because I was still hand cuff and than they started jumping on me hitting me and than they started dragging me to the door and took the hand cuff off me and left. And I had to wait to the next shift to come to get help which was 11:00 pm And I went to Health Care seen the Nurse and told them what happen to me and the only thing they did was gave me a Ice bag and look at what happen to my face and legs but did give me medical treatment the right way and I was still bleeding so they just sent me back. Now the next day which was Oct 4, 2019 and a man that work Interal Affairs came to see me and took pictures of me and wrote down every thing I said and than a mental health lady came to talk to me and I told her everything and she sent me back to Health Care and they still did do Anything but they gave me only two pills and sent me back to my cell. Now I been trying to be seen again and no one will not see me or tell me whats going on. Since I got down here on transfer. As of Oct 3, 2019 all of this happen in Dixon Correction Center. I'm suffering head injury for what happen to me and I'm suffering physical and mental.